■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY MURPHY, Appellant. [696 NYS2d 173] —Appeal by the defendant from a judgment of the County Court, Orange County (Pano Z. Patsalos, J.), rendered March 24, 1998, convicting him of criminal possession of a controlled substance in the third degree and criminal use of drug paraphernalia in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court did not improvidently exercise its discretion in rendering its *Sandoval* ruling by holding that, if the defendant were to testify, the People would be permitted to elicit the fact of a prior felony conviction then still under appeal (*see, People v Mattiace,* 77 NY2d 269; *People v Galvin,* 253 AD2d 437).

The defendant's sentence was neither harsh nor excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Thompson, Joy and H. Miller, JJ., concur.